```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    :    CRIMINAL ACTION
                            :    NO. 11-672
     v.                     :
                            :
ADRIANO SOTOMAYOR           :    CIVIL ACTION
                            :    NO. 15-777
```

## O R D E R

**AND NOW,** this **23rd** day of **November, 2015,** for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that Petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (ECF No. 130) is **DENIED.**

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO, J.**